B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Mindscape Adornments, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-4277808** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2114 Central Street**<br>**Evanston, IL**<br>ZIP Code **60201** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**Mindscape Adornments, Inc.**<br>**c/o Carole A. Richey**<br>**4250 North Marine Drive, Unit 2830**<br>**Chicago, IL**<br>ZIP Code **60613** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Mindscape Adornments, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| --- | --- | --- |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| --- | --- | --- |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Mindscape Adornments, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Charles S. Stahl, Jr.**
Signature of Attorney for Debtor(s)

**Charles S. Stahl, Jr. 2699915**
Printed Name of Attorney for Debtor(s)

**Swanson Martin & Bell LLP**
Firm Name

**2525 Cabot Drive**
**Suite 204**
**Lisle, IL 60532**
Address

**Email: cstahl@smbtrials.com**
**630-799-6900  Fax: 630-799-6901**
Telephone Number

**October  5, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Carole A. Richey**
Signature of Authorized Individual

**Carole A. Richey**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**October  5, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

A.S.A.P. Printing
2323 Jolly Road
Okemos, MI 48864

Aid for Trade
626C Admiral Drive, #206
Annapolis, MD 21401

All You Can Handle
9081 Northfield Drive
Fort Mill, SC 29715

Ariel Arwen
4929 North California Avenue
Chicago, IL 60625

Asia Borycka/Fab Studio
2209 N. Clyborn/Coach House
Chicago, IL 60614

Assurance Heating
1953 Johns Drive
Glenview, IL 60025

AT&T
Bankruptcy Dept./Attn. Linda Adams
6021 S. Rio Grande Ave., 1st Fl.
Orlando, FL 32859

AT&T
P.O. Box 8100
Aurora, IL 60507-8100

Basis Spirit
73 Water Street
P.O. Box 108
Pugwash, Nova Scotia    BOK 11LO Can

Bill Gallagher
182 North Lester
Orange, CA 92868

Boisali Biswas
5440 Claridge Lane
West Bloomfield, MI 48322

Brown, Kaplan & Liss LLP
500 Davis Street
Suite 502
Evanston, IL 60201


Campbell Studios
165 Railroad Street
Cambridge Springs, PA 16403


Carla Reiter
2423 Ridgeway Avenue
Evanston, IL 60201


Carole Floate
200 West Witchwood Lane
Lake Bluff, IL 60044


Carole Richey
4250 North Marine Drive, #2830
Chicago, IL 60613


Catherine Butler
3014 B Overlook
Cleveland, OH 44118


Chicken Scratch Studios
511 Main Street
Oley, PA 19547


Commonwealth Edison & Co.
System Credit/Bankruptcy Department
2100 Swift Drive
Oak Brook, IL 60523


Commonwealth Edison & Co.
c/o Credit Collection Services
P.O. Box 55126
Boston, MA 02205-5126


Complete Lighting
1900 West Hubbard
Chicago, IL 60622

Curio
209 West 38th Street
11th Floor
New York, NY 10018

David & Ronnie
c/o NACM Collection
3959 Clay Avenue
Wyoming, MI 49548

David Lory
5604 Southwest Road
Platteville, WI 53818

Debra Abrams
222 Springtown Road
New Paltz, NY 12561

Doug DeLind
3257 West Howell Road
Mason, MI 48854

Dug Nap
184 Church Street
Burlington, VT 05401

Eileen Sutton
2101 Oakmont Avenue
Havertown, PA 19083

Eye for the Find
9911 SW 61st Avenue
Portland, OR 97217

First Bank and Trust of Evanston
820 Church Street
Evanston, IL 60201

Flambeaux Pottery
1991 Pea Ridge Road
Dubach, LA 71235

Four Seasons Design Group
2400 Merrick Road
Bellmore, NY 11710

```
Goffengel Workshop
3834 Reklaw Drive
Studio City, CA 91601


Holly Yashi
1300 Ninth Street
Arcata, CA 95521


Howard Packaging
3462 West Touhy
Lincolnwood, IL 60712


Illinois Department of Employment
Bankruptcy Unit, 3rd Floor
401 South State Street
Chicago, IL 60605


Illinois Department of Revenue
Bankruptcy Section, Level 7-425
100 W. Randolph Street
Chicago, IL 60606


Internal Revenue Service
P.O. Box 745
District Director
Chicago, IL 60690


Is Art
7700 Cherry Creek South Drive
Denver, CO 80231


Jake Keleher
5059 North Kenmore, #3
Chicago, IL 60640


James LeTerneau
1518 Oak, #2-S
Evanston, IL 60201-4213


Jan Gjaltema
3228 Rugged Drive
Dallas, TX 75224
```

Jerry Serverino
4929 North California
Chicago, IL 60625


John Moore
2004 Grant Avenue
Evanston, IL 60201


John S. Carroll
218 N. Jefferson
Suite 201
Chicago, IL 60661-1310


Jonathan's Spoons
3716 Route 737
Kempton, PA 19529


Joyce Fogle
1326 SW 15th Street
Bartlesville, OK 74003


Judy Lichtenstein
1800 West Cornelia
Chicago, IL 60657


Julie Shaw
503 North 7th Street
Paducah, KY 42001


Justine Vaughn
16595 Easton
Praireview, IL 60069


Kate Rauss
6555 North Rockwell
Chicago, IL 60645


Kim Ione Taubensee
P.O. Box 405
Kilauea, HI 96754


Leonie Lacouette
10 Lacouette Lane
Wallkill, NY 12589

Maralyce Ferree
10 Industrial Way
Amesbury, MA 01913


Marianne's Sol Mate Socks
26 Alger Brook Road
P.O. Box 240
South Strafford, VT 05070


McBee
P.O. Box 4270
Athens, OH 45701


Museum Gifts LLC
10 Hamilton Avenue
Barrington, RI 02806


Nancy Sickbert-Wheeler
9229 Central Park
Evanston, IL 60203


Northern Leasing Systems
132 West 31st Street
14th Floor
New York, NY 10001-5095


Pamela Paulsrud
923 Amherst
Wilmette, IL 60091


Presh
P.O. Box 1327
Sausalito, CA 94966


Raymond & Associates
222 Northfield Road
Suite 200
Northfield, IL 60093


Red Rover
9 Vernon Street
Framingham, MA 01701

Robin Courehese Sato
789 Waterview
Round Lake Park, IL 60073


Roggio Silversmiths
P.O. Box 155
Birchrunville, PA 19421


Sarah Harms
14 West Ft. McDowell Place
Camp Verde, AZ 86322


Serana Mann Studios
P.O. Box 614
Placitas, NM 87043


St. James
1045 Madison Avenue
New York, NY 10075


Susan Rosengard
2210 South Halsted Street
Chicago, IL 60608


The Austrian Atelier, LLC
3618 Tamarron Drive
Bloomington, IN 47408


U-Line
c/o McCarthy, Burgess & Wolff
26000 Cannon Road
Cleveland, OH 44146


U.S. Energy
3190 Eagle Way
Chicago, IL 60678-1351


Yellow Pages On-Line
626 Rex-Corp Plaza
PMB6111
Uniondale, NY 11556